F. ELMER NIEBUHR, RESPONDENT, v. OTTO SASSADECK, APPELLANT.

Submitted February 11, 1938—Decided April 29, 1938.

For the appellant, *Gaetano M. Belfatto.*

For the respondent, *Salvatore Muti.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.